**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARK EUGENE HATCHER,**

    **Plaintiff,**

**v.**                                                   **Case No.  4:26-cv-176-TKW-MJF**

**QUANTASHA DENMARK, et al.,**

    **Defendants.**

_____/

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strikes statute," 28 U.S.C. §1915(g), because Plaintiff did not pay the filing fee, he is barred from proceeding in forma pauperis, and the claims in the complaint do not implicate the "imminent danger of serious physical injury" exception.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of June, 2026.

 

_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**